MHN

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Patricia Williams on behalf of Barbara Braun
(Please print)

STREET ADDRESS: 836 W. Panorama Drive

CITY/STATE/ZIP: Palatine IL 60067

PHONE NUMBER: 847-963-1047

CASE NUMBER: **08CV1695**
**JUDGE ST. EVE**
**MAG.JUDGE VALDEZ**

_Patricia Williams_        _3/14/08_
Signature                   Date

F I L E D
MAR 2 1 2008
3-21-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)